UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY RAMOS,  No. C 06-1014 MHP (pr)

    Petitioner, **JUDGMENT**

    v.

A. P. KANE, warden,

    Respondent.

    The petition for writ of habeas corpus is denied.

    IT IS SO ORDERED AND ADJUDGED.

DATED: March 13, 2010

Marilyn Hall Patel
United States District Judge